01
02
03
04
05
06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
08                                    AT SEATTLE

09 | LAURA L. BOTHMAN,                         ) CASE NO. C04-1608-RSM
                                              )
10 |         Plaintiff,                        )
                                              )
11 |     v.                                    ) ORDER AFFIRMING
                                              ) COMMISSIONER
12 | JO ANNE B. BARNHART,                      )
                                              )
13 |         Defendant.                        )
   | _____      )
14

15         The Court has reviewed the entire record, including the Administrative Record, the

16 memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge

17 Mary Alice Theiler.  It is therefore ORDERED:

18         (1)     The Court adopts the Report and Recommendation;

19         (2)     The Court affirms the decision of the Commissioner of Social Security; and

20         (3)     The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

21         DATED this 13th day of April, 2005.

22
23
24                                             RICARDO S. MARTINEZ
                                               UNITED STATES DISTRICT JUDGE
25
26

ORDER AFFIRMING COMMISSIONER
PAGE -1